Name: Curtis Snowden, III.
CDC No: F-58663
Address: P.O. Box 1050
Soledad, Ca. 93960

**FILED**

AUG 15 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Curtis Snowden, III

   Plaintiff/Petitioner,

v.

Scott, et al

   Defendants/Respondent.
_____/

CASE NUMBER: 2:22-CV-1444-___-DB PC

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

I, Curtis Snowden, III, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ✓ Yes ___ No   (If "no" DO NOT USE THIS FORM)

   State the place of your incarceration. Salinas Valley St. Prison

2. Are you currently employed (includes prison employment)?   ___ Yes   ✓ No

   a. If the answer is "yes" state the amount of your pay. _____

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:   ___ Yes   ✓ No
   b. Rent payments, interest or dividends:              ___ Yes   ✓ No
   c. Pensions, annuities or life insurance payments:   ___ Yes   ✓ No
   d. Disability or workers compensation payments:      ___ Yes   ✓ No
   e. Re Gifts or inheritances:                         ___ Yes   ✓ No
   f. Any other sources:                                ✓ Yes    ___ No

   If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary). Work as a prison Barber. I don't know the amounts

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes ✓ No

   If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ___ Yes ✓ No

   If "yes" describe the property and state its value: _____

6. Do you have any other assets? ___ Yes ✓ No

   If "yes," list the asset(s) and state the value of each asset listed: _____

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.
   _____ N/A _____

   **This form must be dated and signed below for the court to consider your application.**

   I hereby authorize the agency having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the Court. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

   July 28, 2022
   DATE                                    SIGNATURE OF APPLICANT

**Applicant's CDCR Number (Mandatory for CDCR Applicants):** _____

<u>***CERTIFICATION BELOW IS TO BE COMPLETED BY***
***NON-CDCR INCARCERATED PRISONERS ONLY***</u>

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average monthly deposits to the applicants account was $_____.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____
DATE                                    SIGNATURE OF AUTHORIZED OFFICER

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **SNOWDEN, CURTIS   # F58663** for the last six months at **SALINAS VALLEY STATE PRISON ACCOUNTING DEPARTMENT P.O. BOX 1020 SOLEDAD, CA 93960-1020**   [prisoner name] where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **16.14** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **28.04**.

Dated: **8/10/22**                    **H. Otraino**

[Authorized officer of the institution]

Date\Time: 8/10/2022 10:00:39 AM
Institution: SVSP

**CDCR**
Verified: _____

# Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| F58663 | SNOWDEN, CURTIS | SVSP | I 001D1 | 005004 |

**Current Available Balance:** $0.19

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 02/01/2022 | SAC | BEGINNING BALANCE | | | | $27.88 |
| 02/01/2022 | SAC | PLRA | 2:17-CV-02167-AC | 1320803 | ($7.14) | $20.74 |
| 02/08/2022 | SAC | INTEREST | 01/22@.234PERANNUM | | $0.01 | $20.75 |
| 02/08/2022 | SAC | I/M PAY - SUPPORT | JANUARY | | $22.05 | $42.80 |
| 02/08/2022 | SAC | RESTITUTION FINE PAYMENT | JANUARY | | ($11.02) | $31.78 |
| 02/10/2022 | SAC | SALES | 30 | | ($11.50) | $20.28 |
| 03/01/2022 | SAC | PLRA | 2:17-CV-02167-AC | 1320957 | ($4.41) | $15.87 |
| 03/01/2022 | SAC | I/M PAY - SUPPORT | AUGUST | | $4.50 | $20.37 |
| 03/01/2022 | SAC | RESTITUTION FINE PAYMENT | AUGUST | | ($2.25) | $18.12 |
| 03/01/2022 | SAC | I/M PAY - SUPPORT | JULY | | $8.10 | $26.22 |
| 03/01/2022 | SAC | RESTITUTION FINE PAYMENT | JULY | | ($4.05) | $22.17 |
| 03/04/2022 | SAC | I/M PAY - SUPPORT | FEBRUARY | | $1.72 | $23.89 |
| 03/04/2022 | SAC | RESTITUTION FINE PAYMENT | FEBRUARY | | ($0.86) | $23.03 |
| 03/07/2022 | SAC | I/M PAY - SUPPORT | FEBRUARY | | $11.20 | $34.23 |
| 03/07/2022 | SAC | RESTITUTION FINE PAYMENT | FEBRUARY | | ($5.60) | $28.63 |
| 03/08/2022 | SAC | INTEREST | 02/22@.278PERANNUM | | $0.01 | $28.64 |
| 03/23/2022 | SAC | SALES | 42 | | ($23.45) | $5.19 |
| 04/12/2022 | SAC | INTEREST | 03/22@.365PERANNUM | | $0.01 | $5.20 |
| 04/26/2022 | SAC | I/M PAY - SUPPORT | MARCH | | $27.40 | $32.60 |
| 04/26/2022 | SAC | RESTITUTION FINE PAYMENT | MARCH | | ($13.70) | $18.90 |
| 05/01/2022 | SAC | PLRA | 2:17-CV-02167-AC | 1321384 | ($5.48) | $13.42 |
| 05/04/2022 | SAC | I/M PAY - SUPPORT | APRIL | | $21.80 | $35.22 |
| 05/04/2022 | SAC | RESTITUTION FINE PAYMENT | APRIL | | ($10.90) | $24.32 |
| 05/08/2022 | CMF | TRACS TRANSFER IN | TX05082022 | | $24.32 | $24.32 |
| 05/08/2022 | SAC | TRACS TRANSFER OUT | TX05082022 | | ($24.32) | $0.00 |
| 05/11/2022 | CMF | INTEREST | 4/22@.523PERANNUM | | $0.01 | $24.33 |
| 06/01/2022 | CMF | PLRA | 2:17-CV-02167-AC | 1402947 | ($4.36) | $19.97 |
| 06/09/2022 | CMF | INTEREST | 5/22@.684PERANNUM | | $0.02 | $19.99 |

2

Date\Time: 8/10/2022 10:00:39 AM  
Institution: SVSP  
Verified: _____

## CDCR
## Inmate Statement Report

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 06/09/2022 | CMF | RESTITUTION FINE PAYMENT | 5/22@.684PERANNUM | | ($0.01) | $19.98 |
| 06/29/2022 | CMF | TRACS TRANSFER OUT | TX06292022 | | ($19.98) | $0.00 |
| 06/29/2022 | SVSP | TRACS TRANSFER IN | TX06292022 | | $19.98 | $19.98 |
| 07/06/2022 | SVSP | SALES | 6 | | ($19.80) | $0.18 |
| 07/07/2022 | SVSP | INTEREST | 06/22@.861PERANNUM | | $0.02 | $0.20 |
| 07/07/2022 | SVSP | RESTITUTION FINE PAYMENT | 06/22@.861PERANNUM | | ($0.01) | $0.19 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| PLRA | 2:17-CV-02167-AC | $350.00 | ($21.39) | $284.77 |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | F06902197 | Active | $10,000.00 | $0.00 | ($48.40) | $9,311.08 |
| RESTITUTION FINE | 09CM7084 | Active | $200.00 | $0.00 | $0.00 | $200.00 |



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.  
ATTEST: SVSP  
CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY _____H. Strauss_____  
TRUST OFFICE  
8/10/2022

3