UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SNOWDEN, III,<br><br>    Plaintiff,<br><br>    v.<br><br>A. SCOTT, et al.,<br><br>    Defendants. | No.  2:22-cv-1444 DJC DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims defendants were deliberately indifferent to plaintiff's medical needs in violation of his Eighth Amendment rights.  On June 26, 2023, the court referred this action to the court's post-screening ADR project and stayed the case for 120 days.  (ECF No. 21.)  A settlement conference was scheduled to take place before Magistrate Judge Dennis M. Cota on October 11, 2023, at 9:30 a.m.  (ECF No. 23.)  However, on October 10, 2023, the court vacated the conference on its own motion because mail addressed to plaintiff's address of record had been returned as undeliverable, making it unclear whether plaintiff had received the court's orders referring the case to the post-screening ADR program or setting the matter for a settlement conference.  (ECF No. 25.)

On October 13, 2023, plaintiff filed a motion for an extension of time to submit a confidential settlement conference statement and a notice of change of address.  (ECF No. 26.)

1

1  Subsequently, the settlement conference was rescheduled for January 30, 2024, at 9:30 a.m.
2  before Magistrate Judge Cota.  (ECF No. 27.)
3      The stay in this action ended on October 24, 2023.  (ECF No. 21.)  Therefore, the court
4  will stay proceedings until after the settlement conference.
5      In accordance with the above, IT IS HEREBY ORDERED that:
6      1.  This case is set for a settlement conference before Magistrate Judge Dennis M. Cota
7  on January 30, 2024, at 9:30 a.m.  The settlement conference will be conducted by
8  remote means, with all parties appearing by Zoom video conference.
9      2.  This action is stayed until February 6, 2024.  Except as provided herein or by
10  subsequent court order, no other pleadings or other documents may be filed in this
11  case during the stay of this action.  The parties shall not engage in formal discovery,
12  but the parties may elect to engage in informal discovery.
13  Dated:  October 26, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:15
DB/DB Prisoner Inbox/Civil.Rights/R/snow1444.ext.stay

2