UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SNOWDEN, III, | No. 2:22-cv-1444 DJC DB P |
| Plaintiff, | |
| v. | ORDER |
| A. SCOTT, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. In April, the parties participated in a settlement conference. Because the case did not settle, the court will set a schedule going forward. In addition, there are two outstanding matters. Plaintiff's motion for an extension of time to submit a settlement conference statement for a 2023 settlement conference will be denied as moot. In addition, based on plaintiff's participation in the April settlement conference, this court will vacate its February 2024 recommendation that this case be dismissed for plaintiff's failure to prosecute.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time (ECF No. 26) is denied as moot.
2. The February 26, 2024 Findings and Recommendations (ECF No. 30) are vacated.
3. The stay of these proceedings (ECF No. 21) is lifted.

////

1

4. Within thirty days of the date of this order, defendants shall file an answer or other response to the complaint.

Dated: July 23, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/snow1444.ans dline

2