UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SNOWDEN, III, | No. 2:22-cv-01444 DJC SCR P |
| Plaintiff, | |
| v. | ORDER |
| A. SCOTT, et al., | |
| Defendants. | |

On August 8, 2024, defendant N. Arnett filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff has not opposed the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Id. Local Rule 110 further provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Id.

In addition, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction,

improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

<u>Id.</u> Plaintiff is hereby cautioned that failure to file a written opposition to the motion to dismiss will result in a recommendation that plaintiff's claim against defendant N. Arnett be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that, within 30 days from the date of this order, plaintiff shall file an opposition, if any, to the pending motion to dismiss. Failure to file an opposition will be deemed as consent to the dismissal of plaintiff's claim against defendant N. Arnett pursuant to Federal Rule of Civil Procedure 41(b).

DATED: September 6, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE