UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SNOWDEN, III,<br><br>           Plaintiff,<br><br>      v.<br><br>A. SCOTT, et al.,<br><br>           Defendants. | No. 2:22-cv-1444 DJC SCR P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 8, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. No party filed timely objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations (ECF No. 44) are adopted in full.

2. Plaintiff's claim against defendant Arnett is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and defendant Arnett is terminated as a defendant.

3. Defendant Arnett's motion to dismiss (ECF Nos. 38, 43) is denied as moot.

4. This case is referred back to the assigned Magistrate Judge for further pretrial proceedings.

IT IS SO ORDERED.

Dated: **January 17, 2025**

/s/ Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

snow1444.801