UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SNOWDEN, III, | No. 2:22-cv-1444-DJC-SCR P |
| Plaintiff, | |
| v. | ORDER |
| A. SCOTT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis is this civil rights action under 42 U.S.C. §1983. Defendants filed a motion to compel plaintiff's discovery responses on January 10, 2025. (ECF No. 46.) Plaintiff has not opposed the motion.

Local Rule 230(l) states that opposition to a motion must be filed "not more than twenty-one (21) days after the date of service of the motion." The rule further states that "[f]ailure . . . to file an opposition or a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."

More than twenty-one days have passed since defendants served their motion to compel and plaintiff has not filed a response or any other documents. Plaintiff will be ordered to file a response to the motion and a statement explaining why he was not able to do so in a timely manner. If plaintiff fails to file a response to the motion or fails to show good cause for his failure to file it on time, this court will deem the failure a waiver of any opposition to defendants' motion.

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one (21) days of the date of this order, plaintiff shall file the following:

1. A response to defendants' motion to compel plaintiff's discovery responses (ECF No. 46); and
2. A response to this order explaining why plaintiff was unable to file a timely response to defendants' motion to compel plaintiff's discovery responses.

DATED: February 11, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE